UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VANESSA EMENO,

                        Plaintiff,

              v.                                    5:04-CV-1350

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.
_____

APPEARANCES:                                  OF COUNSEL:

OFFICE OF JONATHAN P. FOSTER         JONATHAN P. FOSTER, ESQ.
407 South Main Street
Athens, Pennsylvania 18810
*Counsel for Plaintiff*

HON. GLENN T. SUDDABY                WILLIAM H. PEASE, ESQ.
United States Attorney for the              Assistant United States Attorney
 Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198
*Counsel for Defendant*

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 26th day of November 2007.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Decision of the Commissioner is affirmed and the complaint (Dkt. No. 1) is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: December 11, 2007
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge