# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**VANESSA EMENO**

     vs.                **CASE NUMBER: 5:04-cv-1350**
                                              **(NAM/GHL)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the November 26, 2007 Report and Recommendation of Magistrate Judge George H. Lowe is accepted in its entirety. Judgment is hereby entered in favor of the Defendant.

All of the above pursuant to the Order of the Honorable Judge Norman A. Mordue, dated the 30th day of September, 2009.

DATED: September 30, 2009

*[signature]*
Clerk of Court

                                    s/ Melissa Ennis
                                    Melissa Ennis
                                    Deputy Clerk